United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAWRENCE AND ASSOCIATES (BLAA),<br><br>    Plaintiff,<br><br>  v.<br><br>LENDERS FOR COMMUNITY DEVELOPMENT(LCD), ET AL,<br><br>    Defendant.<br>_____/ | No. C 10-0619 CRB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |

    Plaintiff's Request For Extension of Time To Respond to Defendant's Motion for Dismissal is GRANTED. Plaintiff's Opposition to Defendant's Motion to Dismiss is now due April 21, 2010. Defendant's Reply to Plaintiff's Motion is now due April 28, 2010. The hearing on Defendant's motion is rescheduled from April 23, 2010 to May 21, 2010 at 10 a.m.

    **IT IS SO ORDERED.**

Dated: April 7, 2010

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\619\Order re Request for Extension of Time.wpd