IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAWRENCE AND ASSOCIATES (BLAA),<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LENDERS FOR COMMUNITY DEVELOPMENT(LCD), et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 10-0619 CRB<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT** |

　　　The Court hereby GRANTS Plaintiff Brian Lawrence and Associates an additional three weeks to file an amended complaint. Plaintiff's amended complaint is now due on July 16, 2010.

　　　**IT IS SO ORDERED.**

Dated: June 29, 2010

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\0619\Order re Enlargement of Time.wpd