**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAWRENCE dba BRIAN LAWRENCE & ASSOCIATES (BLAA),<br><br>Plaintiff,<br><br>v.<br><br>LENDERS FOR COMMUNITY DEVELOPMENT(LCD), et al.,<br><br>Defendant. | No. C 10-00619 CRB<br><br>**ORDER DISMISSING FOURTH AMENDED COMPLAINT** |

The Court, having granted Defendant's Motion to Dismiss the Fourth Amended Complaint with prejudice, hereby enters judgment against Plaintiff and in favor of Defendant.

**IT IS SO ORDERED.**

Dated: November 29, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\619\judgment.wpd