IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAWRENCE dba BRIAN LAWRENCE & ASSOCIATES (BLAA),<br><br>    Plaintiff,<br><br>    v.<br><br>LENDERS FOR COMMUNITY DEVELOPMENT(LCD), et al.,<br><br>    Defendant._____/ | No. C 10-00619 CRB<br><br>**JUDGMENT** |

    The Court, having granted Defendant's Motion to Dismiss the Fourth Amended Complaint with prejudice, hereby enters judgment against Plaintiff and in favor of Defendant.

    **IT IS SO ORDERED.**

Dated: November 29, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\619\judgment.wpd